# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

*DOA 8-27-20*

| | |
|---|---|
| United States Of America | Case No.: 20- 3187MJ |
| v. | **CRIMINAL COMPLAINT** |
| Juan Ali Ramirez Ramirez, | |
| and | |
| Jay Derek Ramirez Ramirez. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment in the County of Maricopa, in the District of Arizona, the defendants violated Title 18, United States Code, Section 922(a)(1)(A), an offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Task Force Officer from the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

**See Attachment B - Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒Yes     ☐ No

AUTHORIZED BY: <u>Justin Oshana, AUSA</u>

| | |
|---|---|
| TFO George Fulton | *george fulton* |
| Name of Complainant | Signature of Complainant |

Sworn to before me telephonically

| | | |
|---|---|---|
| *8 - 28 - 20* | at | Phoenix, Arizona |
| Date | | City and State |

| | |
|---|---|
| HONORABLE MICHAEL T. MORRISSEY | *M Morrissey* |
| United States Magistrate Judge | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

# ATTACHMENT A

## DESCRIPTION OF COUNT

### Count 1

Between on or about the July 16, 2020 and August 20, 2020, in the District of Arizona, the defendants, JUAN ALI RAMIREZ RAMIREZ and JAY DEREK RAMIREZ RAMIREZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## ATTACHMENT B - STATEMENT OF PROBABLE CAUSE

I, George Fulton, being first duly sworn, hereby deposes and states as follows:

## I.    INTRODUCTION AND AGENT BACKGROUND

1.    This affidavit is made in support of an application for a complaint for Juan Ali RAMIREZ RAMIREZ and Jay Derek RAMIREZ RAMIREZ for violations of 18 U.S.C. § 922(a)(1)(A), dealing in firearms without a license. The statements made in this affidavit are made based on the personal observations and investigation conducted by me, and information communicated or reported to me during the investigation by other participants in the investigation, as the context of this affidavit indicates.

2.    I am a Task Force Officer with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since August 31, 2019. I have completed the Arizona Law Enforcement Academy at the Phoenix Police Academy in Phoenix, Arizona and have been employed with City of Phoenix Police Department as a Peace Officer since February of 2004. I completed the United States Army Criminal Investigation Division (CID) Special Agent Course and served as a Special Agent in the United States Army Reserves from August 2011 to March 2019.

3.    I am currently assigned to the Crime Gun Intelligence Unit, and as result of my training and experiences as a Peace Officer and CID Special Agent, I am familiar with federal firearm and ammunition laws. I am familiar with 18 U.S.C. § 922(a)(1)(A), which provides that it is a federal felony offense for any person, except a licensed importer, licensed manufacturer, or a licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms, or in such business to ship, transport, or receive any firearm in interstate or foreign commerce.

4.    The statements contained in this Affidavit are based on information derived from my personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement

officers; analysis of public records; controlled purchases of firearms; analysis of social media information.

5.     Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the complaint, I have not set forth all of the relevant facts known to law enforcement officers.

## II.     **BASIS FOR PROBABLE CAUSE**

6.     On May 28, 2015 Juan Ali RAMIREZ RAMIREZ purchased a DPMS Inc A15 .223 caliber rifle from Cabela's at 9380 W Glendale Avenue, Glendale, Arizona. The firearm was recovered on June 19, 2015 at 3236 W Polk Street, Phoenix Arizona from Daniel Ovante, during the service of a search warrant by Phoenix Police Department Gang Enforcement Unit.

7.     On September 16, 2019 Juan Ali RAMIREZ RAMIREZ purchased a Delton Lima .223 caliber AR-15 style pistol from Ammo AZ at 2005 West Deer Valley, Phoenix, Arizona. Juan Ali RAMIREZ RAMIREZ completed an ATF Form 4473 (Firearms Transaction Record) for the purchase of the firearm, signing the form. Juan Ali RAMIREZ RAMIREZ listed the address 7973 W Glenrosa Avenue, Phoenix, Arizona as his current state of residence and address on the ATF Form 4473.

8.     On September 19, 2019 Juan Ali RAMIREZ RAMIREZ purchased a Sharps Bros Overthrow receiver, a Zeus Arms Paw .223 caliber pistol, a FN PS90 5.7x28mm rifle, and a Charles Daly Honcho 12 gauge shotgun from Ammo AZ. Juan Ali RAMIREZ RAMIREZ completed an ATF Form 4473 for the purchase of the firearm, signing the form. Juan Ali RAMIREZ RAMIREZ listed the address 7973 W Glenrosa Avenue, Phoenix, Arizona as his current state of residence and address on the ATF Form 4473.

9.     On September 23, 2019 Juan Ali RAMIREZ RAMIREZ purchased a Diamondback DB15 .223 caliber AR-15 style pistol from Ammo AZ at 2005 West Deer Valley, Phoenix, Arizona. Juan Ali RAMIREZ RAMIREZ completed an ATF Form 4473 for the purchase of the firearm, signing the form. Juan Ali RAMIREZ RAMIREZ listed

the address 7973 W Glenrosa Avenue, Phoenix, Arizona as his current state of residence and address on the ATF Form 4473.

10.    Ammo AZ and Cabela's are Federal Firearms Licensees (FFL). All FFLs are required by federal regulations to complete an ATF Form 4473 for all firearm transfers. ATF Form 4473 is a Firearms Transaction Record which is required to be completed by the FFL and the firearm's actual buyer during every over-the-counter firearms transaction. The form contains important notices, instructions, and definitions to the firearm buyer.

11.    On December 11, 2019 ATF Intelligence Research Specialist (IRS) RAMOS conducted a record check regarding the multiple purchases and structuring of firearm purchases from Ammo AZ. IRS RAMOS found Juan Ali RAMIREZ RAMIREZ reported wages he earned were approximately $6,490 during the 1st Quarter of 2019, $22,150 in 2018, $22,430 in 2017, and $21,0540 in 2016. A vehicle registration check showed Juan Ali RAMIREZ RAMIREZ had a 2018 Jeep Grand Cherokee, 2013 Chevy Corvette, 2019 Ford F-150, and 2018 Dodge Challenger registered to him.

12.    On January 15, 2020 Special Agents (SA) Gremaud, Lipner and Santome contacted Juan Ali RAMIREZ RAMIREZ at Llantera El Hispano #4, a tire shop located at 3501 West Encanto Boulevard, Phoenix, Arizona (hereinafter "Llantera El Hispano #4), regarding the firearm he purchased in 2015. Juan Ali RAMIREZ RAMIREZ said he could not remember the details of the purchase or sale of the firearm. Juan Ali RAMIREZ RAMIREZ told the SAs that firearms were a hobby for him and he would frequently buy, sell, and trade firearms. He would utilize social media sites and Armslist to sell his firearms. He only recalled purchasing three or four firearms for the year in 2019.    Per law enforcement databases, Juan Ali RAMIREZ RAMIREZ purchased a minimum of ten (10) firearms in 2019.

13.    SAs noted Juan Ali RAMIREZ RAMIREZ appeared to have limited knowledge of firearms. Juan Ali RAMIREZ RAMIREZ provided he had twelve (12) firearms at his residence in a safe. SAs confronted Juan Ali RAMIREZ RAMIREZ

3

regarding his knowledge of firearms and concerns regarding trafficking of firearms. Juan Ali RAMIREZ RAMIREZ agreed to take the SAs to his residence to view the firearms in his possession.

14.    On the same date, Juan Ali RAMIREZ RAMIREZ took the SAs to his residence at 7025 West Villa Street to view the firearms. Juan Ali RAMIREZ RAMIREZ took the SAs to his room and opened a gun safe. SAs noted there were fourteen (14) firearms in the safe, which appeared to be similar in design to the firearms he purchased. SAs provided Juan Ali RAMIREZ RAMIREZ a warning letter for dealing in firearms without a license based on his own admissions. Juan Ali RAMIREZ RAMIREZ signed the form acknowledging receipt of the warning letter.

15.    On July 15, 2020 I received information from Task Force Officer (TFO) John Kozeliski from the Drug Enforcement Administration (DEA) who had received photos of three suppressors being offered for sale. A suppressor is a device controlled by the NFA under 26 U.S.C. § 5845(a).  TFO Kozeliski provided a video of Juan Ali RAMIREZ RAMIREZ holding an AR-15 style pistol with a suppressor attached to the barrel. Juan Ali RAMIREZ RAMIREZ discharged the firearm one time in what appeared to be an industrial yard. Juan Ali RAMIREZ RAMIREZ was not wearing any ear protection at the time of the shooting indicating a suppressor was attached to the firearm. TFO Kozeliski said that Juan Ali RAMIREZ RAMIREZ was selling firearms from Llantera El Hispano #4.

16.    I compared the images from the video to photos published on social media website Facebook for the account "Llantera El Hispano #4." The images matched the background captured in the video of Juan Ali RAMIREZ RAMIREZ. I further compared images taken from Google maps and found the background of the video matched the images from Google maps, indicating the video was taken at Llantera El Hispano #4.

17.    On July 16, 2020, I established electronic surveillance of Llantera El Hispano #4. I again compared images from the video surveillance to the video of Juan Ali

4

RAMIREZ RAMIREZ discharging a firearm and determined the video was taken at Llantera El Hispano #4.

18.     On the same day, at approximately 2:26 p.m., I observed Juan Ali RAMIREZ RAMIREZ and a Hispanic male later identified as his younger brother Jay Derek RAMIREZ RAMIREZ speaking with an individual later identified as Eldridge Gittens. Juan Ali RAMIREZ RAMIREZ escorted Gittens to a blue GMC pickup bearing a Chihuahua license plate EF-63-674 and opened the driver side door.  Juan Ali RAMIREZ RAMIREZ grabbed a black plastic case with the markings "XD" printed on the box. I recognized the plastic case to be a Springfield gun case in which Springfield XD pistols are sold. Juan Ali RAMIREZ RAMIREZ picked up a silver magazine and showed the item to Gittens.

19.     I observed Gittens give Juan Ali RAMIREZ RAMIREZ U.S. currency and take the black plastic gun case. Gittens and Juan Ali RAMIREZ RAMIREZ continued to talk for several more minutes, after which Gittens handed Juan Ali RAMIREZ RAMIREZ additional U.S. currency. Juan Ali RAMIREZ RAMIREZ then walked back to the blue GMC pickup bearing a Chihuahua license plate EF-63-674 and opened the driver side door. Juan Ali RAMIREZ RAMIREZ removed a cylindrical tube from the vehicle, and walked back to Gittens. Juan Ali RAMIREZ RAMIREZ handed the cylindrical tube to Gittens, who placed it into a small satchel across his chest.

20.     Detectives from the Phoenix Police Department (PPD) Crime Impact Unit (CIU) matched Eldridge Gittens to known photos from the Arizona Department of Transportation Motor Vehicle Department driver's license number D07535499. Detectives from CIU conducted a record check and confirmed Gittens was a convicted felon. Detectives from CIU attempted to conduct a mobile surveillance of Gittens as he left the location in a tan 300 Chrysler. Detectives from CIU attempted to conduct a traffic stop of Gittens but were unable to so due to traffic conditions.

21.    On the same day, at approximately 7:23 p.m., I observed Gittens returning to Llantera El Hispano #4. Gittens exited from a red Dodge Challenger, entered the passenger seat of the blue GMC pickup bearing Chihuahua license plate EF-63-674. I earlier observed Juan Ali RAMIREZ RAMIREZ get into the driver side of the same vehicle prior to Gittens arriving. I observed Gittens exit the passenger side of the vehicle carrying a black plastic case, which I recognized as being similar to a gun case commonly used for the packaging and sale of firearms.

22.    On July 23, 2020, PPD Detectives from CIU established electronic surveillance at 7973 West Glenrosa Avenue, Phoenix Arizona, the address Juan Ali RAMIREZ RAMIREZ listed on the aforementioned ATF Form 4473s. PPD Detectives monitored the electronic surveillance for three days and did not observe Juan Ali RAMIREZ RAMIREZ at this location, and ended the electronic surveillance on July 27, 2020.

23.    On July 27, 2020, at approximately 5:12 p.m. I was monitoring electronic surveillance at Llantera El Hispano #4. I observed Jay Derek RAMIREZ RAMIREZ exit a black Ford F250 pickup truck bearing a New Mexico license plate NMT3253. Jay Derek RAMIREZ RAMIREZ removed a black rifle with flat dark earth color accessories. Jay Derek RAMIREZ RAMIREZ then carried the firearm into Llantera El Hispano #4.

24.    On the same day, at approximately 6:56 p.m., PPD Detectives established a mobile surveillance around Llantera El Hispano #4, while I monitored electronic surveillance of the same location. I observed Juan Ali RAMIREZ RAMIREZ holding a Stribog SP9A1 pistol, and taking photos of the rifle in front of the blue GMC pickup bearing Chihuahua license plate EF-63-674. The photo was then found published to the Instagram account "BOOSTED_JUAN," previously identified as the primary social media account utilized by Juan Ali RAMIREZ RAMIREZ.

25.    On the same day, at approximately 7:04 p.m., I observed a gray Lexus pull into the parking lot of Llantera El Hispano #4. An unknown Hispanic male could be

6

observed speaking with Juan Ali RAMIREZ RAMIREZ and handing him an FNH PS90 rifle. Juan Ali RAMIREZ RAMIREZ was observed examining the firearm for several minutes before handing the unknown Hispanic male an unknown amount of U.S. currency. Juan Ali RAMIREZ RAMIREZ then placed the firearm into the blue GMC pickup bearing Chihuahua license plate EF-63-674.

26.    At the conclusion of the deal, Juan Ali RAMIREZ RAMIREZ entered the blue GMC pickup and began to drive away. PPD Detectives followed him to 2539 N 36th Drive. The blue GMC pickup stayed at this location for several minutes before driving to Fry's Food and Drug store at 4230 West McDowell Road, Phoenix Arizona. PPD Detectives observed Juan Ali RAMIREZ RAMIREZ and an unknown Hispanic female exit the blue GMC pickup and enter the store. After several minutes PPD Detectives observed Juan Ali RAMIREZ RAMIREZ and the unknown Hispanic female return to the blue GMC pickup with groceries. PPD Detectives followed the blue GMC pickup back to 2539 N 36th Drive, where Juan Ali RAMIREZ RAMIREZ and the unknown Hispanic female entered the residence. Surveillance was terminated shortly thereafter.

27.    On July 28, 2020, I established electronic surveillance at 2539 North 36th Drive, Phoenix, Arizona. I noted that the blue GMC pickup bearing Chihuahua license plate EF-63-674 was no longer parked at the residence. I further noted the blue GMC pickup was not parked at Llantera El Hispano #4. I reviewed previous electronic surveillance video from Llantera El Hispano #4 and noted the blue GMC pickup typically did not arrive until after noon at Llantera El Hispano #4.

28.    On July 30, 2020 at approximately 8:10 a.m., PPD Detectives assisted Maricopa County Adult Probation with a search of Eldridge Gittens' residence at 5150 North 99th Avenue, Apartment #3046, Phoenix, Arizona. PPD Detectives authored a search warrant for the residence upon discovery by Probation Officers of a firearm in the washing machine of the residence. After execution of the search warrant the firearm was

7

found to have an auto sear installed, making the firearm a National Firearms Act (NFA) firearm as defined by 26 U.S.C. § 5845(a).

29.    On the same day PPD Detectives interviewed Gittens, who admitted possession of the firearm with the auto sear on it. Gittens stated he had purchased the firearm a week and half ago from unknown Hispanic male. He met the unknown Hispanic male between the area of 55th avenue and 67th avenue and West McDowell road. The unknown Hispanic male was an older male he estimated to be between 38-42 years of age. Gittens stated the unknown Hispanic male does not require ID to purchase a firearm. Gittens said that when he purchased the firearm the unknown Hispanic male told him to be careful with the firearm because the auto sear could "get you into trouble."

30.    On the same day, at approximately 3:00 p.m., a PPD Detective from the Drug Enforcement Bureau in an undercover (UC) capacity was introduced to Juan Ali RAMIREZ RAMIREZ at Llantera El Hispano #4. The UC was escorted to the blue GMC pickup bearing Chihuahua license plate EF-63-674 by Juan Ali RAMIREZ RAMIREZ and shown several firearms inside of the truck. While speaking with the UC, Juan Ali RAMIREZ RAMIREZ remarked that he would buy firearms he did not like and then resell those firearms to make money to purchase more expensive firearms. Juan Ali RAMIREZ RAMIREZ walked the UC back into the office of Llantera El Hispano #4 and was shown a MKII hand grenade.

31.    The MKII hand grenade had a fuse inserted into the body of the grenade, with duct tape and a rubber band around the safety lever. The MKII hand grenade was originally designed in 1918 and was in use by the U.S. Military through World War II, the Korean War, and the Vietnam War as an anti-personal grenade. The body of the grenade is available to the public with a quarter size hole placed at the bottom. The bottom of the MKII hand grenade shown to the UC was welded shut. This is a common practice, so the body can be filled with an explosive, making the grenade live.

8

32.    Juan Ali RAMIREZ RAMIREZ began to tell the UC how he knew the hand grenade was real and the modifications made to it to make it real. During this time Jay Derek RAMIREZ RAMIREZ, who was present in the office, began to describe the use of the grenade. Juan Ali RAMIREZ RAMIREZ asked if the UC was a cop to which the UC stated "no." The UC explained to Jay Derek RAMIREZ RAMIREZ and Juan Ali RAMIREZ RAMIREZ that the grenade and firearms were going to her brother who takes them to Mexico. Jay Derek RAMIREZ RAMIREZ began to tell the UC he could possibly get more "frag" grenades, but for a higher price. Juan Ali RAMIREZ RAMIREZ added "guns I go" referring to selling additional firearms to the UC. The UC negotiated a price to purchase the hand grenade for $1,000 and the rifle, a Bushmaster Carbon-15, for $650.

33.    Jay Derek RAMIREZ RAMIREZ handed the UC a firearm with a Glock 17 slide attached to a polymer 80 frame. Jay Derek RAMIREZ RAMIREZ said that the firearms are hard to find, referring to the firearm he showed the UC as a "ghost gun." Juan Ali RAMIREZ RAMIREZ began to provide a list of firearms he currently had for sale to the UC. Jay Derek RAMIREZ RAMIREZ told the UC that they could get any type of firearm for the UC. The UC then discussed returning to purchase the remaining firearms. The UC then left Llantera El Hispano #4, handing the grenade to a bomb technician, who determined the device was inert.

34.    On the same day, the UC returned and purchased four additional pistols, a Ruger P95, a Ruger 9E, a Ruger P95DC, a Ruger SR9, and an Anderson AM-15 rifle, for $2,850 from Juan Ali RAMIREZ RAMIREZ. Prior purchasing the firearms Juan Ali RAMIREZ RAMIREZ had sent photos of the firearms in text messages to the UC.

35.    On August 4, 2020 at approximately 4:30 p.m. the UC arranged to meet Juan Ali RAMIREZ RAMIREZ at Llantera El Hispano #4 to purchase additional firearms. The UC purchased two AK style firearms, a Zastava M92PV and Zastava M70, and two pistols, a Sig Sauer P320 and a Springfield XD40, for $4,200. The UC talked with Juan Ali RAMIREZ RAMIREZ regarding getting auto sears to which Juan Ali RAMIREZ

9

RAMIREZ provided he did not have any, but would attempt to get some, providing a price for the items. An auto sear is a device that converts a firearm into an automatic weapon, and is a NFA machinegun as defined by 26 U.S.C. §5845(b).  Juan Ali RAMIREZ RAMIREZ again inquired if the UC was a cop to which he was told the UC could not be because the firearms were being taken to Mexico.

36.    On August 6, 2020 I received E-trace results for the firearms previously mentioned. I became aware four of the firearms, the Ruger P95, Ruger 9E, Ruger P95DC, and Ruger SR9, were purchased on July 20, 2020 from Sierra Auction during a bulk purchase of 37 firearms. The purchaser of the firearms was identified as Juan Mondragon, with a listed residence of 5006 West Pinchot Avenue, Phoenix Arizona. I reviewed the sale receipt of the firearms and noted the firearms were purchased online with a credit card for a total of $19,205.

37.    On August 7, 2020 at approximately 2:30 p.m. the UC met with Juan Ali RAMIREZ RAMIREZ after a series of text messages to purchase two rifles and a pistol from him at Llantera El Hispano #4.  Juan Ali RAMIREZ RAMIREZ walked the UC to a blue GMC pickup bearing Chihuahua license plate EF-63-674 removing two rifles, a DPMS LR-308 and an Anderson AM-15, and Glock 23 pistol, placing them into a trash bag. Jay Derek RAMIREZ RAMIREZ approached the UC about selling another firearm with a short barrel on it. The UC said they were making another run that night (inferring taking the firearms to Mexico) and if he had the firearm the UC would buy it right now. Jay Derek RAMIREZ RAMIREZ said he did not have the firearm at the business but would go send someone to pick it up because he was not going to initially sell the firearm.

38.    On the same day, I obtained video from Sierra Auction regarding the bulk sale of 37 firearms to Mondragon. I reviewed the security video with the clerk who handled the transaction. The clerk said he had to tell Mondragon he needed to get off the phone and sign the ATF Form 4473 prior to leaving. He further said that a second male was in the

store with Mondragon, who was loading the firearms into a large plastic container, wrapping the firearms as they were placed into the container.

39.    On the same day, I was notified by PPD Sergeant Aurelius a record check of MVD showed Juan Gonzalo Ramirez Cano and Jay Derek RAMIREZ RAMIREZ living at 7025 West Villa Street, Phoenix Arizona. I was further informed a lifted black Ford F-250 with a New Mexico license plate was parked at the residence in the morning.

40.    I reviewed each video involving the UC and noted Juan Ali RAMIREZ RAMIREZ would receive the U.S. currency, counting it out in front of the UC prior to concluding the deal. I further noted that several photos Juan Ali RAMIREZ RAMIREZ sent the UC captured a firearm which appeared to be an AR-15 style pistol with a vertical foregrip attached. The firearm appeared to be similar to the firearm used in the video in which Juan Ali RAMIREZ RAMIREZ discharged the firearm which appeared to have a suppressor attached to it.

41.    I continued to review the electronic surveillance video for Llantera El Hispano #4 from July 16, 2020 to August 7, 2020. I noted Juan Ali RAMIREZ RAMIREZ would arrive at Llantera El Hispano #4 after noon, driving a blue GMC pickup bearing Chihuahua license plate EF-63-674 or a gray Dodge Challenger, bearing Arizona license plate CNA2715. He would leave Llantera El Hispano #4 around 7:30 p.m. traveling to 2539 North 36th Drive, Phoenix Arizona. He would stay at this location, leaving between midnight and two in the morning. I did note that Juan Ali RAMIREZ RAMIREZ on the weekend would spend the night at this location and not leave till the following day.

42.    I further observed Juan Ali RAMIREZ RAMIREZ purchasing firearms in the parking lot of Llantera El Hispano #4. He additionally would transport the firearms in a blue GMC pickup bearing Chihuahua license plate EF-63-674 or a gray Dodge Challenger, bearing Arizona license plate CNA2715.

43.    On August 8, 2020, I established electronic surveillance at 7025 West Villa Street, Phoenix Arizona. I noted the vehicle Jay Derek RAMIREZ RAMIREZ has

11

continually been observed driving, a black Ford F-250, bearing a New Mexico License Plate, was parked in the driveway.

44.    On August 14, 2020, at approximately 3:00 p.m., I was provided photos that TFO John Kozeliski obtained from the Instagram account "BOOSTED_JUAN" of two publicly posted images of two firearms, one an AR-15 style pistol and the second a Berreta M9 style pistol in the seat of a vehicle. The Berretta M9 style pistol had what appeared to be a cylindrical tube affixed to the barrel which I believed to be a suppressor. A second photo showed the Berretta pistol with the suppressor affixed to the barrel in front of a blue GMC pickup bearing a Chihuahua license plate EF-63-674. The third picture was a black screen with the writing "40 each # / 60 #'s First place takes BOTH Pew pews or (money emoji) 2nd 200 3rd 100 Applepay/zelle 602-535-7436 juan Ramirez Cashapp $boostedjuan please put your name on notes will go down as soon as # are gone."  TFO Kozeliski provided Juan Ali RAMIREZ RAMIREZ was advertising a raffle for the two firearms and silencer.

45.    On the same day, PPD Detectives established mobile surveillance of Juan Ali RAMIREZ RAMIREZ at 2539 North 36th Drive, Phoenix Arizona. Prior to Juan Ali RAMIREZ RAMIREZ leaving, I became aware the raffle had ended and a winner was announced to pick up the items.  PPD Detectives noted Juan Ali RAMIREZ RAMIREZ was traveling a different route then normally observed during surveillance of him. PPD Detectives paced Juan at 47 miles per hour in a 40 MPH area and initiated a traffic stop.

46.    PPD Officers detained Juan Ali RAMIREZ RAMIREZ and advised him of his rights. Juan Ali RAMIREZ RAMIREZ consented to a search of the vehicle and told officers that there were several firearms in the vehicle. Officers located an AR-15 style pistol with a vertical grip affixed to the firearm. The firearm appeared to be similar to the firearm in the video to which Juan Ali RAMIREZ RAMIREZ had a suppressor affixed. Officers additionally recovered a Glock style pistol with no serial number.

47.    Juan Ali RAMIREZ RAMIREZ informed the officers that the AR-15 style pistol was his and he had it for the past several years. RAMIREZ RAMIREZ told officers he was aware he had the vertical foregrip extended to 90 degrees on the AR-15 style pistol, making the firearm an "NFA" firearm. Juan Ali RAMIREZ RAMIREZ further stated he buys at least two guns every day, and that he currently has two large safes filled with firearms. When Officers questioned RAMIREZ RAMIREZ about the pistol with no serial number, he said it was made of with parts you could order online and build the gun from. He said he had built that the firearm from parts he ordered. Officers were not able to locate the two firearms or silencer which Juan Ali RAMIREZ RAMIREZ had advertised for in the raffle.

48.    Juan Ali RAMIREZ RAMIREZ told to Officers his current address was 7973 W. Glenrosa Avenue. Officers provided Juan Ali RAMIREZ RAMIREZ with a warning regarding his speed and zero tolerance for speeding due to recent street racer activity in the area. Officers further advised him that both firearms would be impounded for further review. Prior to Juan Ali RAMIREZ RAMIREZ's release it was learned that an image posted on his known Instagram account "BOOSTED_JUAN" was of a Glock pistol, showing its serial number "BEUU513." A record check of the firearm confirmed the firearm was listed as stolen from a burglary on June 2, 2019. Officers then allowed Juan Ali RAMIREZ RAMIREZ to go from the traffic stop.

49.    On August 15, 2020 I reviewed the Instagram account "BOOSTED_JUAN" and noted several photos which appeared to depict vehicles Juan Ali RAMIREZ RAMIREZ has been observed driving at the residence of 7025 West Villa Street, Phoenix Arizona. One of the images posted to the Instagram showed a posting in February 2018, taken at 7025 West Villa Street, Phoenix Arizona. The two firearms Juan Ali RAMIREZ RAMIREZ posted for the raffle were also posted to the Instagram account on July 28, 2002 as new firearms he obtained.

13

50.    I further reviewed public photos posted to the social media website Facebook, under account name "Ramirez Cluadia Juan." I viewed numerous photos taken at Llantera El Hispano #4 posted to this account. I also saw photos of a child's birthday party at 7025 West Villa Street, Phoenix Arizona. The photos include images of Jaun Ali RAMIREZ RAMIREZ holding two of the children for which the birthday party was being held.

51.    On August 19, 2020, I was monitoring electronic surveillance and observed Jay Derek RAMIREZ RAMIREZ speaking to Jeremias Griffen at 3501 W Encanto Boulevard, Phoenix Arizona. Jay Derek RAMIREZ RAMIREZ handed a cylindrical tube to Griffin, as Juan Ali RAMIREZ RAMIREZ exited from the front of the business. Griffin began to speak to both Juan Ali RAMIREZ RAMIREZ and Jay Derek RAMIREZ RAMIREZ. Griffin pulled out a large amount of U.S. currency from his pocket, counted out a portion, and handed it to Jay Derek RAMIREZ RAMIREZ.

52.    I observed Jay Derek RAMIREZ RAMIREZ counting the U.S. currency he received. Griffin continued to speak with Jay Derek RAMIREZ RAMIREZ before walking to a Toyota Prius bearing an Arizona license plate "CJR5296" with a Glock gun box. A record check of the license plate showed the vehicle was listed as stolen by the Tempe Police Department. I coordinated with marked and unmarked units to conduct surveillance and a high risk vehicle stop at 3620 North Miller Road, Scottsdale Arizona. PPD Officers took Griffin into custody and recovered two cylindrical tubes.

53.    I obtained a state search warrant for the vehicle Griffin was in. I recovered a Glock firearm with an aftermarket threaded barrel for the firearm. I also recovered a Glock style firearm box, similar to what I observed in the electronic surveillance video. I also recovered a cell phone from the vehicle with a photo of Griffin on the front of the phone.

54.    On August 20, 2020, the UC arranged to meet Juan Ali RAMIREZ RAMIREZ at 3501 W Encanto Boulevard to purchase four suppressors for $2,000. The

14

UC met Juan Ali RAMIREZ RAMIREZ, who provided four cylindrical tubes similar to the ones recovered from Griffin. Juan Ali RAMIREZ RAMIREZ and Jay Derek RAMIREZ RAMIREZ were present and offered to sell two rifles. The UC agreed to purchase an AR-15 style pistol and the four cylindrical tubes for $2,500. Juan Ali RAMIREZ RAMIREZ agreed, but stated that he had to get the firearm.

55.     While monitoring electronic surveillance video, I observed Juan Ali RAMIREZ RAMIREZ exit the business and get into a blue GMC pickup driving towards 2539 North 36th Drive, Phoenix Arizona. I observed the blue GMC pickup partially pull into the driveway at 2539 North 36th Drive, Phoenix Arizona. Juan Ali RAMIREZ RAMIREZ exited the vehicle and entered the residence. A few minutes later Juan Ali RAMIREZ RAMIREZ exited the residence with a firearm in his right hand and returned to the blue GMC pickup. Juan Ali RAMIREZ RAMIREZ then returned to 3501 W Encanto Boulevard, Phoenix Arizona.

56.     The UC then provided money to Juan Ali RAMIREZ RAMIREZ in exchange for four cylindrical tubes and am AR-15 style pistol. Jay Derek RAMIREZ RAMIREZ discussed prices with the UC regarding a second AK-47 style firearm and stated that he would hold that with another AK-47 style firearm for the UC to purchase the following day. The UC then transported the firearm and four cylindrical tubes and turned them over to me. The firearm appeared to be the same one Juan Ali RAMIREZ RAMIREZ retrieved from the residence at 2539 North 36th Drive, Phoenix Arizona.

57.     On the same day, I obtained a state search warrant for the search of the cell phone obtained from Griffin. I observed multiple text messages to a person marked as "Jay guns." Photos of multiple firearm with a background similar to appearance of the office at 3501 W Encanto Boulevard, Phoenix Arizona, were observed. I also observed a text message from Griffin stating he was getting a Glock and a suppressor. The text message was dated August 19, 2020. I saw text messages regarding the sale/purchase of firearms between "Jay guns" and Griffin dating back to April 2020.

58.    On August 27, 2020, SAs from the ATF served Federal search warrants at 7025 W Villa Street, 2539 N 36th Drive, and 3501 W Encanto Drive. Special Agents recovered approximately 69 firearms, $53,000, and approximately 25,000 rounds of ammunition from the residence at 7025 W Villa Street. SAs additionally identified one of the firearms as being an unregistered NFA firearm. SAs located two firearms from the residence at 2539 N 36th Drive and identified one of the firearms as being an unregistered NFA firearm. SAs spoke with a woman who identified herself as a girlfriend of Juan Ali RAMIREZ RAMIREZ, who identified both firearms as belonging to Juan Ali RAMIREZ.

59.    Juan Ali RAMIREZ RAMIREZ was taken into custody and transported to 620 W Washington Street to be interviewed.  He was advised of his Miranda rights, and then admitted that he had provided a false address on the ATF Form 4473 for the firearm purchases he made from Ammo AZ. He said that he had lived at 7025 W Villa Street for the past two years. He also said that after a previous contact with ATF where he was warned about dealing in firearms without a license, he had filled out an application to obtain a Federal Firearms License, but did not complete the paperwork to obtain the license. He said he stopped purchasing firearms from gun stores and began to search for firearms on the website "Armslist" to conduct person to person purchases. He said that he would look on the list for firearms he wanted or cheap firearms. He said he would sell the firearms to obtain the money to purchase more expensive firearms. He acknowledged he was dealing in firearms without a license and he that he had provided a false address on the ATF Form 4473. He also admitted he did not have a Federal tax stamp to possess the unregistered NFA firearms.

60.    Prior to the service of the search warrant, Jay Derek RAMIREZ RAMIREZ was taken into custody in the area of 1050 North Fairway Drive and transported to 620 W Washington Street to be interviewed. He was advised of his Miranda rights, and admitted to selling one firearm previously and having conversations on text messages about the sale of other firearms, but denied selling any other firearm. He was confronted regarding video

16

surveillance of his interaction with additional firearm sales and continued to deny selling any additional firearms or being involved in other transactions with the sale of firearms. When further confronted regarding his honesty he requested an attorney and the interview was concluded.

### III.    CONCLUSION

Based on my training and experience, and on the facts contained within this affidavit, I have probable cause to believe that Juan Ali RAMIREZ RAMIREZ and Jay Derek RAMIREZ RAMIREZ have violated 18 U.S.C. § 922(a)(1)(A) dealing in firearms without a license.

*george fulton*
Task Force Officer George Fulton
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to telephonically this _28_ day of _Aug_, 2020.

*M Morrissey*
HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge

17